# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In the Matter of the Search of                                  SEARCH WARRANT

FILED
2008 MAY 19 AM 9:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**9485 Black Mountain Road**
**San Diego, California 92126**

BY _____KMK_____ DEPUTY

CASE NUMBER: 08 MJ 1489

TO: Special Agent Matthew W. Chenevey and any Authorized Officer of the United States

Affidavit having been made before me by Matthew W. Chenevey, who has reason to believe that on the premises known as:

**9485 Black Mountain Road, San Diego, California, 92126**

[as more fully described in ATTACHMENT A]

in the Southern District of California there is now concealed a certain property, namely:

SEE ATTACHMENT B

The application and affidavit in support of this search warrant, although not attached, are specifically incorporated herein by reference. I am satisfied that the affidavit establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____May 22, 2008_____
                                                                                    Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search in the daytime-6:00 a.m. to 10:00 p.m., and if the property be found there to seize same, leaving a copy of this warrant, attachments, and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to _____Cathy Ann Bencivengo_____ as required by law.
                                                                U.S. Magistrate Judge

May 12, 2008, at 4:10 p.m., at San Diego, California;

Honorable Cathy Ann Bencivengo, U.S. Magistrate Judge, _____
                                                                                        Signature of Judicial Officer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/12/08 | 5/13/08  0715 Hours | SAID SAIDIAN |

INVENTORY MADE IN THE PRESENCE OF  SAID SAIDIAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597's.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____    5/19/08
U.S. Judge or Magistrate              Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 315D-SD-68626

On (date) 5/13/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ___

(Street Address) 9485 Black Mountain Rd San Diego CA

(City) Room "J"

Description of Item(s):

Books of business cards
Invoices
Columnar Pads with vehicle information
Calendar w/contact info re: cars + customers
(1) Generic PC Clone, no serial number, missing screws on back
(2) Body Shop invoices from locked toolbox
Misc. docs w/ VINs

Received By: _____ (Signature)   Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 315D-SD-68626

On (date) 05/13/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 9485 Black Mountain Rd., San Diego, CA

(City) _____

Description of Item(s): Misc. Documents found in Room "L"

Received By: _____ (Signature)

Received From: _____ (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 315D-SD-68626

On (date) 5-13-2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 9485 Black Mountain Road

(City) San Diego, CA

Room C in 2 boxes

Description of Item(s):

Black PC Tower  # 2011571
 "      "       # 2011566
 "      "       # 2011568
 "      "       # 2011569
Blue PC Tower with Skull & Bones
— two boxes of Miscellaneous Documents
ML (2) — Framed documents — licenses, etc. [struck through]

Received By: [signature]     Received From: _____
            (Signature)                      (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 315A-SD-68626

On (date) 5-13-2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 9485 Black Mountain Rd San Diego CA

(City) Room A

Description of Item(s): Document from CNA Surety - 4-18-08
Book of Misc. Business Cards

Received By: _____ (Signature)

Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 315D-SD-68626

On (date) 5-15-08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 9485 Shock Hunter Rd San Diego, CA

(City) Room G

Description of Item(s): Room G Miscellaneous documents obtained from two desks in office space.

Received By: _____ (Signature)

Received From: _____ (Signature)